THE NORTHERN BANK OF NEW YORK, Respondent, *v.* LOUIS C. NEUBERGER, Appellant, Impleaded with Another.

*Northern Bank of New York* v. *Neuberger*, 155 App. Div. 900, affirmed.

(Submitted March 12, 1915; decided March 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a promissory note indorsed by defendant, appellant. The defense was usury.

*David M. Neuberger* and *F. S. Marsell* for appellant.

*George W. Morgan* and *E. A. Craighill, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.